# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **William R. Rawls,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 09-2199 (RJL)** |
| | ) | |
| **Simon T. Wainwright,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## *rd* MEMORANDUM
### (March _3_, 2010)

This matter is before the Court on the United States' opposition to the petition for a writ of *habeas corpus*. By Order of January 4, 2010, petitioner was advised to reply by February 12, 2010, or risk summary denial of the petition and dismissal of the case. Petitioner has neither opposed the arguments set forth in the government's opposition nor sought additional time to do so. The Court therefore treats the United States' arguments as conceded and dismisses the case pursuant to Local Civil Rule 7(b). *See Slovinec v. Amer. Univ.*, 520 F. Supp. 2d 107, 111 (D.D.C. 2007) (discussing enforcement of the local rule) (citations omitted). A separate Order accompanies this Memorandum.

RICHARD J. LEON
United States District Judge